(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BARBARA A. FAWCETT

7 CARRICK ROAD

PALM BEACH GARDENS FL 33418

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

STATE OF DELAWARE

DEPARTMENT OF NATURAL

RESOURCES AND ENVIRONMENTAL

CONTROL

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the*
*space provided, please write "see attached" in the space*
*above and attach an additional sheet of paper with the full list*
*of names. The names listed in the above caption must be*
*identical to those contained in Section I. Do not include*
*addresses here.)*

Civ. Action No. 22 - 1 4 3 3
(To be assigned by Clerk's
Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☒ Yes
☐ No

FILED
2022 OCT 31 PM 12: 54
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    FAWCETT, BARBARA A.
              Name (Last, First, MI)

              7 CARRICK ROAD
              Street Address

              PALM BEACH COUNTY, PALM BEACH GARDENS, FL 33418
              County, City                    State      Zip Code

              610-806-3080              KIRKLANDFOUR @ MSN.COM
              Telephone Number          E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    STATE OF DELAWARE, DEPARTMENT OF NATURAL
                Name (Last, First)    RESOURCES AND CONTROL
                                      ENVIRONMENTAL CONTROL

                88 KINGS HIGHWAY
                Street Address

                KENT COUNTY, DOVER, DE 19901
                County, City              State      Zip Code

Defendant 2:    _____
                Name (Last, First)

                _____
                Street Address

                _____
                County, City              State      Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

## Defendant(s) Continued

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State                    Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State                    Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

FEDERAL STATUTE 29 ~~U.S.~~ U.S.C. SEC 206

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

THE PARTIES BOTH WERE RESIDENTS OF DELAWARE AND ALL EVENTS TOOK PLACE IN THIS DISTRICT

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    DOVER, DELAWARE

Date(s) of occurrence:    10/31/14 — 10/31/20

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

PLAINTIFF WAS PAID LESS THAN HER SIMILARLY SITUATED MALE COUNTER PARTS WHILE PERFORMING THE SAME JOB FUNCTION AS THE MEN

THESE FACTS WERE ADMITTED BY DNREC MANAGEMENT

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

LOSS OF INCOME, MENTAL STRESS
AND ANXIETY

## VI.    RELIEF

The relief I want the court to order is:

☒    Money damages in the amount of: $ TO BE DETERMINED

☐    Other (explain):

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

10/28/2022
Dated

Barbara Fawcett
Plaintiff's Signature

FAWCETT, BARBARA A.
Printed Name (Last, First, MI)

7 CARRICK ROAD, PALM BEACH GARDENS, FL 33418
Address              City              State    Zip Code

610-806-3080
Telephone Number

KIRKLANDFOUR@MSN.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**